IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONTVALE SURGICAL CENTER, LLC, a/s/o GERALD TYSKA,<br>　　　　　Plaintiff,<br><br>v.<br><br>COVENTRY HEALTH CARE,<br>AMICA MUTUAL INSURANCE COMPANY<br>and<br>ABC CORP. (1-10),<br>　　　　　Defendants | : Civil Action No.<br>:<br>: 2:12-cv-06916-JLL-MAH<br>:<br>:<br>:<br>: **STIPULATION AND CONSENT**<br>: **ORDER TO EXTEND TIME TO**<br>: **ANSWER, MOVE OR OTHERWISE**<br>: **RESPOND TO THE COMPLAINT**<br>: |

　　　　　This matter having been brought before the Court on the joint application of Defendant Coventry Health Care, Inc. ("Defendant") and Plaintiff, for the entry of a Stipulation and Consent Order to extend the time to answer, move or otherwise respond to the Complaint; and it appearing that Defendant's time to answer, move or otherwise respond was previously extended for a period of 14 days through and including November 27, 2012 pursuant to Local Civil Rule 6.1(b); and that no other extensions have been obtained or granted; and good cause appearing for the entry of an Order extending to December 21, 2012 the time within which Defendants may answer, move or otherwise respond to the Complaint.

| | |
|---|---|
| *s/ Andrew R. Bronsnick*<br>Andrew R. Bronsnick, Esquire<br>MASOOD & BRONSNICK, LLC<br>50 Packanack Lake Road<br>Wayne, New Jersey 07470<br>(973) 696-1900<br>ABronsnick@massoodlaw.com<br><br>*Attorneys for Plaintiff* | *s/ Robert E. Kelly*<br>Robert E. Kelly<br>KUTAK ROCK LLP<br>Two Liberty Place, Suite 28B<br>50 South Sixteenth Street<br>Philadelphia, PA 19102<br>(215) 687-4682<br>robert.kelly@kutakrock.com<br><br>*Attorneys for Defendant* |

APPROVED AND SO ORDERED THIS 28th day of November, 2012.

BY THE COURT:

_____
Hon. Michael A. Hammer
United States Magistrate Judge