IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONTVALE SURGICAL CENTER, LLC, a/s/o GERALD TYSKA, <br>　　　　　　　Plaintiff, <br><br>v. <br><br>COVENTRY HEALTH CARE, AMICA MUTUAL INSURANCE COMPANY and ABC CORP. (1-10), <br>　　　　　　　Defendants | Civil Action No. <br><br>2:12-cv-06916-JLL-MAH <br><br><br>**STIPULATION AND CONSENT ORDER TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT** |

　　　This matter having been brought before the Court on the joint application of Defendant Coventry Health Care, Inc. and Defendant Amica Mutual Insurance Company (collectively, the "Defendants") and Plaintiff Montvale Surgical Center, LLC ("Plaintiff"), for the entry of a Stipulation and Consent Order to extend the time to answer, move or otherwise respond to the Complaint; and it appearing that Defendant's time to answer, move or otherwise respond was previously extended to December 21, 2012 pursuant to Local Civil Rule 6.1(b) and further extended by a subsequent Stipulation and Consent Order to January 31, 2012; and good cause appearing for the entry of an Order extending the time within which Defendants may answer, move or otherwise respond to the Complaint to February 15, 2013.

| _s/ Andrew R. Bronsnick_ | _s/ Robert E. Kelly_ | _s/ Nicole Wixted_ |
|---|---|---|
| Andrew R. Bronsnick | Robert E. Kelly | Nicole Wixted |
| Masood & Bronsnick, LLC | Law Offices of Robert E. Kelly, LLC | Drinker Biddle & Reath LLP |
| 50 Packanack Lake Road | Two Logan Square | One Logan Square, Suite 2000 |
| Wayne, New Jersey 07470 | 100 N. 18th Street, Suite 300 | Philadelphia, PA 19103-6996 |
| (973) 696-1900 | Philadelphia, PA 19103 | (215) 988-2700 |
| ABronsnick@massoodlaw.com | rkelly@robertekelly.com | nicole.wixted@dbr.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Coventry Health Care, Inc.* | *Attorneys for Defendant Amica Mutual Insurance Company* |

　　　APPROVED AND SO ORDERED THIS ____ day of _____, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Michael A. Hammer
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge