| | |
|---|---|
| Robert E. Kelly | Nicole Wixted |
| **Law Offices of** | **Drinker Biddle & Reath LLP** |
| **Robert E. Kelly, LLC** | One Logan Square, Suite 2000 |
| Two Logan Square | Philadelphia, PA 19103-6996 |
| 100 N. 18th Street, Suite 300 | (215) 988-2700 |
| Philadelphia, PA 19103 | nicole.wixted@dbr.com |
| 215.988.2736 | |
| rkelly@robertekelly.com | *Attorneys for Defendant* |
| | *Amica Mutual Insurance Company* |
| *Attorneys for Defendant* | |
| *Coventry Health Care, Inc.* | |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

MONTVALE SURGICAL CENTER, LLC,
a/s/o GERALD TYSKA,
                Plaintiff,

v.

COVENTRY HEALTH CARE,
AMICA MUTUAL INSURANCE COMPANY
and
ABC CORP. (1-10),
                Defendants

Civil Action No.

2:12-cv-06916-JLL-MAH

### MOTION TO DISMISS PURSUANT TO
### FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

**PLEASE TAKE NOTICE** that on February 15, 2013, Defendants Coventry Health Care, Inc., incorrectly identified as "Coventry Health Care" ("Coventry") and Amica Mutual Insurance Company ("Amica") (collectively, "Defendants"), by and through their undersigned attorneys, shall move before the United States District Court for the District of New Jersey for an Order dismissing Plaintiff's Complaint.

**PLEASE TAKE FURTHER NOTICE** that in support of said Motion, Defendants shall rely on the enclosed Memorandum of Law.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested in the event that this Motion is opposed.

A proposed form of Order is submitted for the Court's convenience.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| _s/ Robert E. Kelly_ | _s/ Nicole Wixted_ |
| Robert E. Kelly | Nicole Wixted |
| Law Offices of Robert E. Kelly, LLC | Drinker Biddle & Reath LLP |
| Two Logan Square | One Logan Square, Suite 2000 |
| 100 N. 18th Street, Suite 300 | Philadelphia, PA 19103-6996 |
| Philadelphia, PA 19103 | (215) 988-2700 |
| 215.988.2736 | nicole.wixted@dbr.com |
| rkelly@robertekelly.com | |
| | *Attorneys for Defendant* |
| *Attorneys for Defendant* | *Amica Mutual Insurance* |
| *Coventry Health Care, Inc.* | *Company* |

Dated: February 15, 2013