**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONTVALE SURGICAL CENTER, LLC, a/s/o GERALD TYSKA<br><br>Plaintiff,<br><br>v.<br><br>COVENTRY HEALTH CARE, AMICA MUTUAL INSURANCE COMPANY, AND ABC CORP (1-10),<br><br>Defendants. | Civil Action No. 12-6916<br><br>**ORDER** |

**LINARES, District Judge.**

This matter, having come before the Court by way of Defendants' Joint Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) [CM/ECF No. 11], and, for the reasons stated in this Court's corresponding Opinion dated March   , 2013,

**IT IS** on this 18 day of **March, 2013**,

**ORDERED** that Defendants' Joint Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) is hereby granted; and it is further

**ORDERED** that Counts One, Two, and Five of the Complaint are dismissed without prejudice; and it is further

**ORDERED** that Counts Three and Four of the Complaint are dismissed with prejudice; and it is further

**ORDERED** that Plaintiffs have thirty (30) days from the entry of this Order in which to file a First Amended Complaint which cures the pleading deficiencies in Counts One, Two, and Five of Plaintiff's Complaint [CM/ECF No. 1]. Plaintiffs' failure to file such a First Amended Complaint will result in the dismissal of such claims with prejudice.

**SO ORDERED**.

_____
Jose L. Linares
United States District Judge