**NOT FOR PUBLICATION**

**CLOSED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONTVALE SURGICAL CENTER, LLC, a/s/o GERALD TYSKA, | Civil Action No.: 12-6916 (JLL) |
| Plaintiff, | **ORDER** |
| v. | |
| COVENTRY HEALTH CARE, AMICA MUTUAL INSURANCE COMPANY, and ABC CORP (1-10), | |
| Defendants. | |

The Court, having dismissed Plaintiff's Complaint on March 18, 2013 (CM/ECF Nos. 15, 16), and having provided Plaintiff thirty (30) days in which to amend to cure pleading deficiencies, and it appearing that Plaintiff has not submitted any subsequent filings,

**IT IS** on this _13_ day of May, 2013,

**ORDERED** that the Clerk of the Court shall **CLOSE** the Court's file on this matter.

**SO ORDERED**.

Jose L. Linares
United States District Judge